IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH BILLINGSLEY**                                                                                          **PLAINTIFF**

v.                                  Case No. 4:23-cv-00066 KGB

**UNION PACIFIC RAILROAD
COMPANY, JOHN SIMIEN, and
DUSTIN KEBODEAUX**                                                                                               **DEFENDANTS**

## ORDER

Before the Court is plaintiff Kenneth Billingsley's motion to remand (Dkt. No. 7). Mr. Billingsley seeks to remand this matter to the Circuit Court of Jefferson County, Arkansas. Defendants John Simien d/b/a Simien 6 Trucking and Dustin Kebodeaux have responded that they have no response to the motion to remand and take no position regarding plaintiff's request to remand (Dkt. No. 9). For good cause shown, the Court grants Mr. Billingsley's motion to remand and denies his request for an award of attorney's fees and costs (Dkt. No. 7). The Court remands this matter to the Circuit Court of Jefferson County, Arkansas.

So ordered this 27th day of April, 2023.

Kristine G. Baker
United States District Judge